ORIGINAL
D & F
C/M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
TRUSTEES OF LOCAL 813 I.B.T.
INSURANCE TRUST FUND, THE LOCAL
813 I.B.T PENSION TRUST FUND AND
THE LOCAL 813 AND LOCAL 1034
SEVERANCE TRUST FUND,

                          Plaintiffs,

-against-

CHINATOWN CARTING CORP.,

                          Defendant.
----------------------------------------------------------x

**MEMORANDUM AND ORDER**
No. 06-CV-3386 (FB) (RML)

*Appearances:*
*For the Plaintiffs:*
ARTHUR A. HIRSCHLER, ESQ.
Finkel Goldstein Berzow
Rosenbloom & Nash, LLP
26 Broadway, Suite 711
New York, NY 10004

**BLOCK, Senior District Judge:**

       On June 29, 2007, Magistrate Judge Levy issued a Report and Recommendation ("R&R") recommending that a default judgment be entered against Defendant in the amount of $123,152.75 in unpaid fringe benefit contributions and interest, $24,362.55 in linquidated damages, and $350 in costs, for a toal judgment of $147,865.30. The R&R recited that "[a]ny objections to this Report and Recommendation must be filed with the Clerk of the Court, with courtesy copies to Judge Block and the undersigned, within ten (10) business days," R&R at 6, and that "[f]ailure to file objections within the specified time waives the right to appeal the district court's order." *Id.*

       Where clear notice has been given of the consequences of failure to object, and

there are no objections, the Court may adopt the R & R without *de novo* review. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). Here, the docket does not reflect that the defendants have been served with a copy of the R&R; therefore, plaintiffs are hereby directed to serve the defendant with a copy of the R&R by regular mail within 10 days, and to file proof of service with the Court.

**SO ORDERED.**

s/Frederic Block
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
July 16, 2007